# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER BEVIL, et al.,<br><br>Defendants. | Case No. 2:19-cv-00590-RFB-CWH<br><br>**ORDER** |

Presently before the court is defendant Harold Wasserman's letter (ECF No. 15), dated June 11, 2019, and received by the court on June 13, 2019. Wasserman states that he was served 21 days before writing the letter and that the SEC's attorney gave him a three-week extension of time to retain counsel. He attaches to the letter a copy of the summons he received. The court construes this letter as a motion to extend time to answer and will grant the motion. Wasserman must answer or otherwise respond to the complaint by August 24, 2019.

IT IS SO ORDERED.

DATED: July 24, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE