Amy J. Oliver (Admitted *pro hac vice*)
Laurie E. Abbott (Admitted *pro hac vice*)
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, UT 84101-1950
Tel.: (801) 524-5796
olivera@sec.gov
abbottla@sec.gov
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER BEVIL, an individual; RICHARD MCCALL BOHNSACK, an individual; DANIEL THOMAS BROYLES, an individual; CHARLES CARY DAVIS, an individual; WILLIAM JAMES ROTH, an individual; GLENN JOSEPH STORY, an individual; and HAROLD WASSERMAN, an individual,<br><br>Defendants. | Case No.: 2:19-cv-590-RFB-CWH<br><br>**ORDER EXTENDING TIME FOR SERVICE OF PROCESS AND FOR ALTERNATE MEANS OF SERVICE OF PROCESS** |

   Plaintiff Securities and Exchange Commission (the "Commission") moved this Court for an order extending the time for service of process and permitting alternate service of process on defendant Daniel Thomas Broyles, together with a memorandum in support thereof ("Motion for Extension and Alternative Service") on June 13, 2019. Docket No. 16. The Court, having reviewed and considered the Commission's Motion, and for good cause appearing, GRANTS the Commission's Motion for Extension and Alternative Service.

   **ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The Commission may effect service on defendant Daniel Thomas Broyles by publishing a notice about the pendency of this action, in the form submitted as Exhibit E to the Motion for Extension and Alternative Service, (Docket No. 16-6), in *The Los Angeles Times,* once a week for four consecutive weeks, and may also effect service on Broyles by sending the Complaint and summons to his known email address: danbroyles3@gmail.com.

2. The Commission may have 60 days from the date of this order to effect service as outlined above.

IT IS SO ORDERED.

DATED: Jul 26, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE