Casey R. Fronk (Admitted *pro hac vice*)
Laurie E. Abbott (Admitted *pro hac vice*)
Securities and Exchange Commission
351 South West Temple, Suite 6.100
Salt Lake City, UT 84101-1950
Tel.: (801) 524-5796
FronkC@sec.gov
abbottla@sec.gov
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER BEVIL, an individual; RICHARD MCCALL BOHNSACK, an individual; DANIEL THOMAS BROYLES, an individual; CHARLES CARY DAVIS, an individual; WILLIAM JAMES ROTH, an individual; GLENN JOSEPH STORY, an individual; and HAROLD WASSERMAN, an individual,<br><br>Defendants. | Case No.: 2:19-cv-590-RFB-DJA<br><br>**PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENTS AS TO DEFENDANTS BOHNSACK AND BROYLES**<br><br>Judge Richard F. Boulware<br>Magistrate Judge Daniel J. Albregts |

Pursuant to the Court's September 29, 2021 minute order granting a default judgment as to Defendant Daniel Thomas Broyles ("Broyles"), and the Court's November 30, 2020 order granting plaintiff's motion for civil penalties as to Defendant Richard McCall Bohnsack ("Bohnsack"), Plaintiff Securities and Exchange Commission ("Commission") moves for entry of final judgments against Bohnsack and Broyles in the form attached hereto as Exhibits 1 and 2. In support of this motion, the Commission states as follows:

1

1.      Defendant Bohnsack, near the outset of this action, agreed to a consent judgment under which the Commission would be awarded its requested injunctive relief, and the Court would have discretion to award a civil penalty as to Bohnsack upon the Commission's motion. (*See* Dkt. Nos. 8, 13.) Pursuant to that consent judgment, the Commission moved for civil penalties as to Bohnsack on December 6, 2019. (Dkt. No. 42.) The Court granted the Commission's motion, and imposed civil penalties of $5,000 upon Bohnsack, on November 30, 2020. (Dkt. No. 51.) However, the Court has not yet entered a final judgment as to Bohnsack which incorporates both the injunctive relief agreed to in the consent judgment and the $5,000 civil penalty ordered by the Court.

2.      Thus, the Commission submits the attached proposed Final Judgment as to Bohnsack (*see* Ex. 1), which includes both the injunctive relief ordered by the court in the consent judgment and the $5,000 civil penalty granted upon the Commission's motion. Entry of the proposed final judgment will conclude the action as to Bohnsack.

3.      On September 29, 2021, the Court granted the Commission's renewed motion for a default judgment against Defendant Broyles, and requested that the Commission submit a proposed Final Judgment as to Broyles by October 12, 2021. (*See* Dkt. No. 56, Minute Order.) Attached hereto as Exhibit 2 is a proposed Final Judgment as to Broyles, which would conclude this action as to Broyles.

WHEREFORE, the Commission respectfully requests that the Court enter the attached proposed Final Judgments as to Defendants Bohnsack and Broyles. Entry of both of these final judgments will conclude the action as to all defendants.

DATED this 1st day of October, 2021.

                                                    Respectfully submitted,

                                                    /s/ Casey R. Fronk
                                                    Casey R. Fronk
                                                    Laurie E. Abbott
                                                    Securities and Exchange Commission

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2021, I caused to be served a true and correct copy of the foregoing **PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENTS AS TO DEFENDANTS BOHNSACK AND BROYLES** via the method indicated below upon the following:

| Glenn Joseph Story<br>1916 Cherbourg Drive<br>Plano, TX 74074<br>acaglenn@hotmail.com<br>*Pro Se Defendant*<br><br>VIA FIRST CLASS MAIL | Richard McCall Bohnsack:<br>6101 Saintsbury Drive, Apt 323<br>The Colony, TX 75056<br>*Pro Se Defendant*<br><br><br>VIA FIRST CLASS MAIL |
|---|---|

           /s/ Casey R. Fronk_____
          Casey R. Fronk